1  Matt Valenti, Esq. (State Bar No. 253978)
2  E-mail: mattvalenti@valentilawapc.com
   VALENTI LAW APC
3  5252 Balboa Avenue, Suite 700
4  San Diego, CA 92117
   Phone: (619) 540-2189
5
6  Attorney for Plaintiff Raul Uriarte-Limon

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| RAUL URIARTE-LIMON, | Case No.: 5:23-cv-02056-SSS-SHK |
|---|---|
| Plaintiff, | NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. RULE CIV. PROC. 41 (a)(1)(A)(i) |
| vs. | |
| ACUTINTPROS, INC., a California corporation; 1700 W FOOTHILL BLVD LLC, a limited liability company; and DOES 2-10, | |
| Defendants. | |

NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. RULE CIV. PROC. 41 (A)(1)(A)(I) - 1

# NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(i), Plaintiff Raul Uriarte-Limon voluntarily dismisses this action with prejudice as to all Defendants; each party to bear his/her/its own attorneys' fees and costs. The case has been settled.

Respectfully submitted,

DATED:  November 20, 2023          VALENTI LAW APC

                                   By:  */s/ Matt Valenti*
                                        Matt Valenti, Esq.
                                        Attorney for Plaintiff